# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of April, two thousand twenty-six.

---

United States of America,

        Appellee,

v.

Jorge Diaz-Mejias,

        Defendant,

Esteban Morales-Quirino,

        Defendant-Appellant.

**ORDER**

Docket No. 21-2581

---

IT IS HEREBY ORDERED that the parties shall submit supplemental letter briefs of not more than six pages each addressing whether this appeal is moot. It appears that the sentence imposed on Mr. Morales-Quirino may have expired. "[W]hen a defendant challenges only an expired sentence . . . the defendant must bear the burden of identifying some ongoing collateral consequence that is traceable to the challenged portion of the sentence and likely to be redressed by a favorable judicial decision." *United States v. Juvenile Male*, 564 U.S. 932, 936 (2011) (citation modified).

The parties shall submit their supplemental letter briefs by no later than April 16, 2026.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

